UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RUSSELL L. LOW, ESQ-4745

| | |
|---|---|
| In Re:<br><br>Agnes O. Hill | Case No.:       21-19692<br><br>Judge:       VFP<br><br>Chapter:       13 |

### CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.    ☒ Motion for Relief from the Automatic Stay filed by _____Midfirst Bank_____ , creditor,

   A hearing has been scheduled for _____June 16, 2022_____, at _10:00 am_.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2.    I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐   Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒   Other **(explain your answer)**:
The debtor is requesting an updated payment history. Upon receiving the history the debtor would like to make a proposal on how to cure the arrears.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date:  _____June 9, 2022_____         /s/ Agnes O. Hill_____
                                         Debtor's Signature

Date: _____           _____
                                         Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*