UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Agnes O. Hill,

Debtor.

Case No.:      21-19692-VFP

Chapter:             13

Hearing Date:    6/16/2022

Judge:             Papalia

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief re: 1219 Roselle Street, Linden, NJ (Docket # 17)

_____

Date: 6/14/2022                                 /s/ Denise Carlon
                                                Signature

*rev.8/1/15*