**RUSSELL L. LOW, ESQ.  RLL-4745**
**LOW & LOW, LLC**
**505 Main St., Suite 304**
**Hackensack, NJ 07601**
**201-343-4040 Phone**
**201-880-4010 Fax**
**Attorney for Debtors**

---

| | | |
|---|---|---|
| In the Matter of: | : | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Agnes O. Hill | : | HONORABLE VINCENT F. PAPALIA |
| | : | CASE NO. 21-19692 |
| Debtor | : | CHAPTER 13 |

---

### OBJECTION TO APPLICATION FOR EARLY TERMINATION OF LOSS MITIGATION PERIOD

---

I, Russell L. Low, being of full age, hereby certify the following:

1. I represent the above-mentioned debtor, Agnes O. Hill in this current bankruptcy proceeding.

2. On July 28, 2022 an Application for Early Termination was entered by the attorneys representing Midfirst Bank.

3. The objection states that the DMM portal has not been opened, nor has an initial package been submitted.

4. The debtor has been ill and despite all that we are respectfully requesting for the debtor to produce all the documents in two weeks time in order for a complete package to be submitted.

Dated: August 4, 2022                              /s/ Russell L. Low, Esq.
                                                                   **RUSSELL L. LOW, ESQ.**
                                                                   Attorney for Debtor