Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  21−19692−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Agnes O Hill
    aka Odell A Hill
    1219 Roselle Street
    Linden, NJ 07036
Social Security No.:
    xxx−xx−5867
Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/1/22 at 10:00 AM

to consider and act upon the following:

*24* – Application for Early Termination of Loss Mitigation Period. Filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 8/4/2022. (Attachments: # 1 Certificate of Service) (Carlon, Denise)

*25* – Objection to (related document:24 Application for Early Termination of Loss Mitigation Period. Filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 8/4/2022. (Attachments: # 1 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Russell L. Low on behalf of Agnes O Hill. (Low, Russell)

Dated: 8/5/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court