UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Agnes O. Hill

Case No.:    21-19692 VFP

Chapter:    13

Hearing Date:    09/01/2022

Judge:    Vincent F. Papalia

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Application for Early Termination of Loss Mitigation Period filed on July 28, 2022

Document Number 24

Date: 8/30/2022

/s/ Denise Carlon
Signature

*rev.8/1/15*