**RUSSELL L. LOW, ESQ.  RLL-4745**
**LOW & LOW, ESQS.**
**505 Main St., Suite 304**
**Hackensack, NJ 07601**
**201-343-4040 Phone**
**201-880-4010 Fax**
**Attorneys for Debtors**

---

| | | |
|---|---|---|
| In the Matter of: | | |
| | : | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Agnes O. Hill | | |
| | : | HONORABLE VINCENT F. PAPALIA |
| | | CASE NO. 21-19692 |
| Debtor | : | CHAPTER 13 |

---

### OBJECTION TO APPLICATION FOR EARLY TERMINATION OF LOSS MITIGATION PERIOD

---

I, Russell L. Low, being of full age, hereby certify the following:

1. I represent the debtor, Agnes O. Hill, on this Chapter 13 Bankruptcy and am filing this objection on her behalf.

2. On October 11, 2022 a denial was received by the lender.

3. On October 31, 2022 an appeal was submitted via the DMM portal.

4. On November 14, 2022 a request was made to receive an update from the lender on the appeal that was made, however the lender has not responded yet.

5. On November 15, 2022 an Application for Early Termination of Loss Mitigation Period was entered by MidFirst Bank.

6. Attached as an *Exhibit* is a copy of the portal history.

7.  In addition, the debtor is respectfully requesting to remain in the court's loss mitigation

program until a loan modification is obtained.

I certify that the foregoing statements made by me are true.


Dated: <u>November 18, 2022</u>                                    /s/ Russell L. Low

**Russell L. Low, Esq.**
Attorney for Debtor