**Currently Viewing:**
Borrower Name: Hill, Agnes
Property Address: 1219 Roselle Street Linden, NJ 07036
Servicer Name: Midland Mortgage / MidFirst Bank
Loan Number: 00051307802

## Full History

| Date | Activity By | Action Taken |
|---|---|---|
| 08/23/2022 04:34:03 PM ET | Attorney | File Submitted |

File Submitted by Joslyn Gambuti.
The following documents were submitted:
Hill (Loan #00051307802) - Borrower Income (Wages) - Paystubs Showing Most Recent 30 days' Earnings (Added 08-23-2022)
Hill (Loan #00051307802) - Social Security Income (Added 08-23-2022)
Hill (Loan #00051307802) - Mortgage Assistance Application Form 710 (Added 08-23-2022)
Hill (Loan #00051307802) - Most Recent 2 Months Bank Statements (Added 08-23-2022)
Hill (Loan #00051307802) - Most Recent 2 Tax Returns (Added 08-23-2022)
Hill (Loan #00051307802) - Proof of Occupancy (Added 08-23-2022)
Hill (Loan #00051307802) - 2020 taxes (Added 08-23-2022)
Hill (Loan #00051307802) - Loss Mitigation Order (Added 08-23-2022)

| Date | Activity By | Action Taken |
|---|---|---|
| 08/25/2022 10:54:03 AM ET | Servicer | File Opened |

File Opened by Billy Castellanos

| Date | Activity By | Action Taken |
|---|---|---|
| 08/25/2022 11:02:47 AM ET | Servicer | Message Sent |

**From:** Billy Castellanos (Servicer)
**Subject:** Thank you
**Message:**
Thank you,

I have sent those documents over for review.

just from looking at what was sent over please be advised we will need an FHA Application for assistance filled out.

Additionally, I usually ask all my new files coming in if any of the hardships were due to Covid? if so there may be retention options we could offer that would not require an application for review and instead just a couple of short questions.


-Billy Castellanos

**Attached Files:**
Hill (Loan #00051307802) - AppAssistanceFHA.pdf (Added 08-25-2022)

| Date | Activity By | Action Taken |
|---|---|---|
| 08/25/2022 03:36:18 PM ET | Attorney | Message Sent |

**From:** Joslyn Gambuti (Borrower Attorney)
**Subject:** RE: Thank you
**Message:**
Hello,

I believe the hardship began before Covid, I have sent the RMA to the client.

| Date | Activity By | Action Taken |
|---|---|---|
| 08/25/2022 04:26:16 PM ET | Servicer | Message Sent |

**From:** Billy Castellanos (Servicer)
**Subject:** RE: Thank you
**Message:**
Thank you Joslyn,

Understood, please also be advised even though the hardship was prior to covid, as long as they were affected by it, they would also qualify even if the hardship was prior to when covid started.

| Date | Activity By | Action Taken |
|---|---|---|
| 08/31/2022 10:43:40 AM ET | Servicer | Docs Incomplete Notice |

**File Rejected by:** Tiffany Porterfield.
**Reason:** Incomplete Package
**Due Date:** 09-28-2022
**Message:**

- **Borrower Income (Wages) - Paystubs Showing Most Recent 30 days' Earnings:**
  Good Morning,

  Please see the attached Global Letter advising of the Loss Mitigation Application attempt opened. It appears we are needing a Hardship Affidavit signed by Odell(Agnes), but needing both a complete application and income verification for the other mortgagor Camellia Hill.

  Thank you,

  Tiffany Porterfield

Hill (Loan #00051307802) - LM-Acknowledgement Letter - 8-29-2022 - 51307802 - LOSS MIT ADDITIONAL DOCS NOTICE -.pdf (Added 08-31-2022)
Hill (Loan #00051307802) - hardship-affidavitFHA.pdf (Added 08-31-2022)

| Date | Activity By | Action Taken |
|---|---|---|
| 08/31/2022 11:01:56 AM ET | Attorney | Message Sent |

**From:** Joslyn Gambuti (Borrower Attorney)
**Subject:** RE: Docs Incomplete Notice
**Message:**
Hello,

I will advise the client of the missing documents. Also, I'm sure Ms. Hill was affected by Covid but I will double-check.

| Date | Activity By | Action Taken |
|---|---|---|
| 09/13/2022 01:54:11 PM ET | Servicer | Message Sent |

**From:** Tiffany Porterfield (Servicer)
**Subject:** RE: Docs Incomplete Notice
**Message:**
Good Afternoon,

Has there been any feedback on this?

Thank you,

Tiffany Porterfield

| Date | Activity By | Action Taken |
|---|---|---|
| 09/15/2022 03:50:54 PM ET | Attorney | Message Sent |

**From:** Joslyn Gambuti (Borrower Attorney)
**Subject:** RE: Docs Incomplete Notice
**Message:**
Hello,

Please see the attached. I have included the RMA, hardship, and Camillia's pay stubs in two attachments.

**Attached Files:**
Hill (Loan #00051307802) - documents (Added 09-15-2022)
Hill (Loan #00051307802) - Borrower Income (Wages) - Paystubs Showing Most Recent 30 days' Earnings Update 1 (Added 09-15-2022)

| Date | Activity By | Action Taken |
|---|---|---|
| 10/04/2022 03:03:47 PM ET | Attorney | Message Sent |

**From:** Joslyn Gambuti (Borrower Attorney)
**Subject:** RE: Docs Incomplete Notice
**Message:**

Hello,

Are there any updates on this?

| Date | Activity By | Action Taken |
|---|---|---|
| 10/11/2022 11:59:26 AM ET | Servicer | Account Change |

**File Changed by:** Tiffany Porterfield.
**Change(s):**
Status changed from Incomplete to Doc Review Completed.

**Comment:**
Application completed.

---

| Date | Activity By | Action Taken |
|---|---|---|
| 10/11/2022 12:11:45 PM ET | Servicer | Decision Reported |

Decision reported by Tiffany Porterfield.
**Message:** Denied:
Good Morning,

Please see the attached evaluation letter showing the completed review. We were unable to offer a modification due to the "Post Plan payment Debt-to-income ratio".

Please let me know if you have any additional questions.

Thank you,

Tiffany Porterfield

**Attached Files:**
Hill (Loan #00051307802) - LM-Evaluation Notice - 10-11-2022 - 51307802 - LOSS MIT NON-APPROVAL NOTICE -.pdf (Added 10-11-2022)

---

| Date | Activity By | Action Taken |
|---|---|---|
| 10/31/2022 12:03:10 PM ET | Attorney | Message Sent |

**From:** Joslyn Gambuti (Borrower Attorney)
**Subject:** RE: Decision Reported - Denied
**Message:**

**Attached Files:**
Hill (Loan #00051307802) - appeal (Added 10-31-2022)

---

| Date | Activity By | Action Taken |
|---|---|---|
| 11/14/2022 04:02:51 PM ET | Attorney | Message Sent |

**From:** Joslyn Gambuti (Borrower Attorney)
**Subject:** RE: Decision Reported - Denied
**Message:**
Hello,

Is there any update on this appeal?

© Stretto 2022