Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−19692−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Agnes O Hill
   aka Odell A Hill
   1219 Roselle Street
   Linden, NJ 07036

Social Security No.:
   xxx−xx−5867

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/15/22 at 10:00 AM

to consider and act upon the following:

*35* − Application for Early Termination of Loss Mitigation Period. Filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 11/22/2022. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) (Carlon, Denise)

*37* − Objection to (related document:35 Application for Early Termination of Loss Mitigation Period. Filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 11/22/2022. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Russell L. Low on behalf of Agnes O Hill. (Low, Russell)

*38* − Exhibit (related document:37 Objection filed by Debtor Agnes O Hill) filed by Russell L. Low on behalf of Agnes O Hill. (Low, Russell)

Dated: 11/21/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court