# **LOW & LOW** ATTORNEYS AT LAW, LLC

505 Main Street, Suite 304                                          Tel: (201) 343-4040
Hackensack, New Jersey 07601                                  Fax: (201)-488-5788

**STANLEY W. LOW**                                                **RUSSELL L. LOW**
                                                                                      russell@lowbankruptcy.com

November 21, 2022

Honorable Vincent F. Papalia
50 Walnut Street, 3rd Floor
Newark, N.J. 07102
Courtroom 3B

**Re: 21-19692-VFP, Agnes O. Hill**

Dear Honorable Papalia,

    This letter shall serve as a request for Withdrawal of Doc. 41, Application for Extension of Loss Mitigation Period.

    Should you require additional information, please do not hesitate to contact the undersigned.

Respectfully,

*/s/ Russell L. Low*
**Russell L. Low, Esq.**