# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J.LBR 9004-1
Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
bnicholas@kmllawgroup.com
MIDFIRST BANK

CASE NO. 21-19692 VFP
CHAPTER 13
Judge: Vincent F. Papalia

In re:

Agnes O. Hill a/k/a Odell A. Hill

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 02/25/2002

I, __Crystal Baker__, employed as __Vice President__ by MIDFIRST BANK, hereby certifies the following information:
Recorded on March 12, 2002 in Union County, at Instrument Number 204195.
Property Address: 1219 Roselle Street, Linden NJ 07036.

Mortgage Holder: MIDFIRST BANK

Mortgagor(s)/ Debtor(s): Agnes O. Hill a/k/a Odell A. Hill

POST-PETITION PAYMENTS (Petition filed on December 17, 2021)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| Agreed Order Entered 06/28/2022 | | | | | - |
| | | To Suspense | $925.50 | 07/29/2022 | $925.00 |
| | | To Suspense | $1,000.00 | 07/29/2022 | $1,925.00 |
| | | To Suspense | $1,925.50 | 09/02/2022 | $3,851.00 |
| $2,586.32 | 07/01/2022 | 07/2022 | From Suspense | 09/02/2022 | $1,264.68 |
| | | To Suspense | $1,825.50 | 10/05/2022 | $3,090.18 |
| $2,586.32 | 08/01/2022 | 08/2022 | From Suspense | 10/19/2022 | $503.86 |
| $2,586.32 | 09/01/2022 | | $0.00 | | $503.86 |
| $2,586.32 | 10/01/2022 | | $0.00 | | $503.86 |
| $2,586.32 | 11/01/2022 | | $0.00 | | $503.86 |
| Total Due: $12,931.60 | | Total Received: $5,676.50 | | Arrears: $7,255.10 | |

Continue on attached sheets if necessary.

Monthly payments past due: 3 mos. X $2,586.32
Arrears: $7,255.10

Each current monthly payment is comprised of:
    Principal & Interest:   $1,570.45
    R.E. Taxes:   $_____
    Insurance:   $_____
    Other:   $1,015.87   (Specify: escrow)
    TOTAL   $2,586.32

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)

NOPC effective 5/1/2022: $2,586.32

PRE-PETITION ARREARS: $332,211.65

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 11-18-2022

                                                      Crystal Baker
                                      Signature      Crystal Baker
                                                              Vice President