UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR-9004-1**

| |
|---|
| KML Law Group, P.C.<br>By: Brian C. Nicholas Esquire<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>201-549-2363<br>Attorneys for Secured Creditor: MIDFIRST BANK |
| In Re:<br>Agnes O. Hill a/k/a Odell A. Hill<br>        Debtor |

Case No:     <u>21-19692 VFP</u>

Chapter:     <u>13</u>

Judge:       <u>Vincent F. Papalia</u>

## CERTIFICATION OF SERVICE

1. I, Thomas Diruscio:

    ☐ Represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Brian C. Nicholas, who represents the <u>Secured Creditor</u> in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On 11/21/2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Certification of Default
    - Proposed Order
    - Exhibits
    - Certification of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 11/21/2022                    /S/Thomas Diruscio

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Agnes O. Hill a/k/a Odell A. Hill<br>1219 Roselle Street<br>Linden, NJ 07036 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Russell L. Low Esq.<br>505 Main Street (VIA ECF)<br>Suite 304<br>Hackensack, NJ 07601 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ 07004-1550 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |